IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORN SAYASENG,

    Petitioner,

v.

Bruce SCOTT, Warden, Northwest ICE Processing Center; Cammilla WAMSLEY, Enforcement and Removal Operations, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd LYONS, Acting Director and Senior Official Performing Duties of Director of ICE; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents.

2:26-cv-00476-RAJ

ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER

THIS MATTER comes before the Court on Petitioner Orn Sayaseng's Motion for Temporary Restraining Order (the "Motion," Dkt. # 7). The Court has considered Petitioner's Motion, the Federal Respondents'[1] Opposition thereto (Dkt. # 10), and the Declaration of Brett Booth in support of the Federal Respondents' Opposition (Dkt. # 11),

---

[1] "Respondents" refers to all respondents in this case. "Federal Respondents" refers to all respondents except the warden of the Northwest ICE Processing Center.

and the balance of the remaining record. The Court being thus apprised; it is hereby ordered that Petitioner's Motion is **GRANTED** as follows:

1. The Court **ORDERS** Respondents to immediately release Petitioner from custody under the same conditions of his prior release (release on his own recognizance).

2. The Court **ORDERS** Respondents to file a notice within 2 business days confirming Petitioner's release.

3. The Court additionally **ORDERS** that Respondents may not re-detain Petitioner unless all of the following conditions are met:

    a. Respondents obtain a valid travel document to Laos, and certified English translations of the valid travel document;

    b. Respondents provide Petitioner, and his counsel, with the valid travel document and the certified English translation;

    c. Respondents permit the Petitioner to leave on his own within the time covered by this TRO (or any other subsequent order issued by this Court upon the expiration of the TRO), and Petitioner does not leave.

A more detailed order setting forth the bases for the Court's decision herein is forthcoming.

Dated this 13th day of February, 2026.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge